IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:23-CV-112-FDW-DCK

| | |
|---|---|
| **LATOYA GEATHERS,** | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| **FIFTH THIRD BANK, N.A., et al.,** | ) |
| **Defendants.** | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case as between Plaintiff and Defendant Fifth Third Bank, N.A. The parties filed a "Notice Of Settlement As To Defendant Fifth Third Bank" (Document No. 7) on April 10, 2023 notifying the Court that Plaintiff and Defendant Fifth Third Bank, N.A. reached a settlement. The Court commends counsel and the parties for their efforts in resolving this matter between them.

**IT IS, THEREFORE, ORDERED** that Plaintiff and Defendant Fifth Third Bank, N.A. shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **June 9, 2023**.

**SO ORDERED**.   Signed: April 14, 2023

David C. Keesler
United States Magistrate Judge