UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-00112-FDW-DCK

| | |
|---|---|
| LATOYA GEATHERS, ) </br> ) </br> Plaintiff, ) </br> ) </br> v. ) </br> ) </br> FIFTH THIRD BANK, N.A., *et al.*, ) </br> ) </br> Defendants. ) </br> ) | ORDER |

**THIS MATTER** is before the Court *sua sponte* regarding settlement of this case as between Plaintiff and Defendants Equifax Information Services, LLC, and TransUnion, LLC. Plaintiff filed a Notice of Settlement as to Defendant Equifax Information Services, LLC, (Doc. No. 10), on May 5, 2023, notifying the Court that Plaintiff and Defendant Equifax have reached a settlement. In addition, on May 25, 2023, Plaintiff filed a Notice of Settlement as to Defendant TransUnion, LLC, notifying the Court that Plaintiff and Defendant TransUnion have also reached a settlement. The Court commends counsel and the parties for their efforts in resolving this matter between them.

**IT IS THEREFORE ORDERED** that Plaintiff and Defendant Equifax Information Services, LLC, shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such a dismissal, on or before **July 5, 2023.**

**IT IS FURTHER ORDERED** that Plaintiff and Defendant TransUnion, LLC, shall file a Stipulation of Dismissal in this Case, or in the alternative request an extension of time to file such a dismissal, on or before **July 24, 2023.**

1

**IT IS SO ORDERED.**

Signed: May 30, 2023

Frank D. Whitney
United States District Judge